```
1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   MARK F. BERNAL, Deputy County Counsel (S.B. #173923)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California 95110-1770
   Telephone: (408) 299-5900
4  Facsimile: (408) 292-7240

5  Attorneys for Defendants
   COUNTY OF SANTA CLARA,
6  and SHERIFF LAURIE SMITH
```

Fee Paid
NP
(5)

FILED OCT 23 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

E-FILING

ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARTHUR SOWELL

   Plaintiff,

v.

COUNTY OF SANTA CLARA,
SHERIFF LAURIE SMITH, DOES
1 through 100, inclusive,

   Defendants.

No. C07 05394 PVT

(Superior Court No. 1-07-CV094762)

**DEFENDANTS COUNTY OF SANTA CLARA AND SHERIFF LAURIE SMITH'S NOTICE OF AND PETITION FOR REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(b)**
**(Federal Question)**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

TO PLAINTIFF AND HIS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that defendants County of Santa Clara and Sheriff Laurie Smith hereby remove to U.S. District Court the state court action described below.

1.  On or about September 20, 2007, an action was commenced in the Superior Court of the State of California in and for the County of Santa Clara, entitled *Arthur Sowell v. County of Santa Clara, Sheriff Laurie Smith, Does 1 through 100, inclusive,* as case number 1-07-CV094762.

2.  Pursuant to 28 U.S.C. §1446(a), a copy of the complaint that has been filed in this case is attached hereto as Exhibit A. I am informed and believe that this complaint was not served on either the County or Sheriff Smith, but that it was mailed on or about October 4,

---

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Defendants' Notice of and Petition for Removal
of Civil Action Under 28 U.S.C. § 1441(b)         -1-

1  2007, with a request that County and Sheriff Smith execute acknowledgments of receipt.

2      3.    I am informed and believe that the County and Sheriff Smith have not yet been served, but that requests for waiver of service were mailed to the County and Sheriff Smith. I have spoken with counsel for plaintiff and we agreed that the I will execute, file, and serve a Waiver of Service of Summons pursuant to Federal Rule of Civil Procedure 4(d) on behalf of both the County and Sheriff Smith once this matter is removed and issued a United States District Court docket number.

    4.    The complaint alleges, among other claims, violation of 42 U.S.C. §1983 and the Eighth and Fourteenth Amendments to the United States Constitution. Plaintiff seeks attorneys' fees, costs, punitive damages, and monetary damages.

    5.    This complaint is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1331, and is one which may be removed to this Court by defendants pursuant to the provisions of 28 U.S.C. §1441(b), because plaintiff's complaint alleges violations of the laws of the United States. The Northern District of California is the appropriate federal court as the district and division embracing the place where the action is now pending. 28 U.S.C. §1441(a).

    6.    To the extent that plaintiff's complaint alleges a cause or causes of action other than violations of rights under the laws of the United States, said causes of action may be removed and adjudicated by this Court pursuant to 28 U.S.C. §1441(c).

    7.    I request removal on behalf of defendants County of Santa Clara and Sheriff Laurie Smith.

WHEREFORE, the undersigned counsel prays that the above action now pending against defendants County of Santa Clara and Sheriff Laurie Smith in the Superior Court of the

//
//
//
//
//
//

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Defendants' Notice of and Petition for Removal
of Civil Action Under 28 U.S.C. § 1441(b)    -2-

1  State of California in the County of Santa Clara be removed in its entirety to this Court for all
2  further proceedings, pursuant to 28 U.S.C. §1441, et seq.
3  Dated:   October 22, 2007                              Respectfully submitted,

ANN MILLER RAVEL
County Counsel

By: _____
MARK F. BERNAL
Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA,
and SHERIFF LAURIE SMITH

99099.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Defendants' Notice of and Petition for Removal
of Civil Action Under 28 U.S.C. § 1441(b)          -3-