ANN MILLER RAVEL, County Counsel (S.B. #62139)
MARK F. BERNAL, Deputy County Counsel (S.B. #173923)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA
and SHERIFF LAURIE SMITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ARTHUR SOWELL | C07 05394 PVT |
|---|---|
| Plaintiff, | (Superior Court No. 1-07-CV094762) |
| v. | DEFENDANTS COUNTY OF SANTA CLARA AND SHERIFF LAURIE SMITH'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PETITION FOR REMOVAL OF CIVIL ACTION |
| COUNTY OF SANTA CLARA, SHERIFF LAURIE SMITH, DOES 1 through 100, inclusive, | |
| Defendants. | |

I.

INTRODUCTION

This is an action for alleged civil rights violations of Plaintiff Arthur Sowell. Arthur Sowell claims that he suffered injuries while under the care, custody, and control of the County of Santa Clara and Sheriff Laurie Smith. In his fourth cause of action, Plaintiff alleges violations by the County and Sheriff Smith of his civil rights under 42 U.S.C. §1983, including his Eighth and Fourteenth Amendment rights. Plaintiff also pleads causes of action against the County and Sheriff Smith for negligence (first cause of action), intentional infliction of emotional distress (second cause of action), and negligent infliction of emotional distress (third cause of action). The County of Santa Clara and Sheriff Laurie Smith ("Defendants") hereby petition this Court for removal of the said action pursuant to 28 U.S.C. §1441.

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Defendants' P&A's in Support of
Petition for Removal of Civil Action           -1-

## II.

## APPLICABLE LAW

Where Defendants are sued initially in a state court under federal civil rights claims, the Defendants have the option of defending in the state court or removing the proceeding to federal court pursuant to 28 U.S.C. 1441(b) which provides, in relevant part: "[a]ny civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties." 28 U.S.C. §1441(a) states that the proper venue upon removal is to the district court "for the district and division embracing the place where such state action is pending."

In this case, Plaintiff sues the Defendants for, among other things, violations of the laws of the United States, including 42 U.S.C. §1983, for alleged violations of the Eighth and Fourteenth Amendments to the United States Constitution. The action was brought in the Superior Court for the County of Santa Clara. Accordingly, it is respectfully submitted that Defendants are entitled to have this action removed to United States District Court in the Northern District of California.

Dated:   October 22, 2007

Respectfully submitted,

ANN MILLER RAVEL
County Counsel

By: _____
MARK F. BERNAL
Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA,
and SHERIFF LAURIE SMITH

99108.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Defendants' P&A's in Support of
Petition for Removal of Civil Action        -2-

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA

PROOF OF SERVICE BY MAIL

Sowell v. County of Santa Clara, et al.                                              No. 1-07-CV094762

I, Catherine M. Grijalva, say:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-1770. I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served a copy of **DEFENDANTS COUNTY OF SANTA CLARA AND SHERIFF LAURIE SMITH'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PETITION FOR REMOVAL OF CIVIL ACTION** by placing said copy in an envelope addressed to:

Ashwin V. Ladva, Esq.
Ladva, Shoker & Associates
530 Jackson Street, 2nd Floor
San Francisco, CA 94113

which envelope was then sealed, with postage fully prepaid thereon, on **October 22, 2007**, and placed for collection and mailing at my place of business following ordinary business practices. Said correspondence will be deposited with the United States Postal Service at San Jose, California, on the above-referenced date in the ordinary course of business; there is delivery Service by United States mail at the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **October 22, 2007**, at San Jose, California.

_____
Catherine M. Grijalva

99074.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Proof of Service by Mail

-1-

1-07-CV094762