ANN MILLER RAVEL, County Counsel (S.B. #62139)
MARK F. BERNAL, Deputy County Counsel (S.B. #173923)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA,
and SHERIFF LAURIE SMITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR SOWELL | No. 07-05394 PVT |
| Plaintiff, | **PROOF OF SERVICE BY MAIL** |
| v. | |
| COUNTY OF SANTA CLARA, SHERIFF LAURIE SMITH, DOES 1 through 100, inclusive, | |
| Defendants. | |

I, Catherine M. Grijalva, say:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-1770. I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served a copy of the **1) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINE; 2) GUIDELINES; 3) ELECTRONIC CASE FILING USERS MANUAL** by placing said copy in an envelope addressed to:

//

//

Ashwin V. Ladva, Esq.
Ladva, Shoker & Associates
530 Jackson Street, 2nd Floor
San Francisco, CA 94113

which envelope was then sealed, with postage fully prepaid thereon, on **October 30, 2007**, and placed for collection and mailing at my place of business following ordinary business practices. Said correspondence will be deposited with the United States Postal Service at San Jose, California, on the above-referenced date in the ordinary course of business; there is delivery Service by United States mail at the place so addressed.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **October 30, 2007**, at San Jose, California.

_____
Catherine M. Grijalva