1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   MARK F. BERNAL, Deputy County Counsel (S.B. #173923)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California  95110-1770
   Telephone:  (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Defendants
   COUNTY OF SANTA CLARA AND
6  SHERIFF LAURIE SMITH

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  ARTHUR SOWELL                          )   No.   07-05394 PVT
                                           )
12         Plaintiff,                      )   **ANSWER OF DEFENDANTS COUNTY OF**
                                           )   **SANTA CLARA AND SHERIFF LAURIE**
13  v.                                     )   **SMITH TO PLAINTIFF'S COMPLAINT**
                                           )   **FOR DAMAGES**
14  COUNTY OF SANTA CLARA,                 )
    SHERIFF LAURIE SMITH, DOES             )
15  1 through 100, inclusive,              )
                                           )
16         Defendants.                     )
                                           )

17

18         Defendants County of Santa Clara and Sheriff Laurie Smith for their answer to the

19  Complaint for Damages and Injunctive Relief (hereinafter "Complaint") allege as follows:

20         1.   In answer to paragraphs 3, 5, 6, and 13 of the Complaint, Defendants admit

21  each of the allegations contained therein.

22         2.   In answer to paragraphs 2, 12, 24, 27, 28, 31, 34, 35, and 36 of the Complaint,

23  Defendants deny each and every allegation contained therein.

24         3.   In answer to paragraphs 4, 8, 9, 15, 16, 17, 18, 19, 20, 23, and 30 of the

25  Complaint, Defendants are without sufficient knowledge or information to form a belief

26  as to the truth of the allegations contained in said paragraphs, and on that basis deny each

27  and every allegation contained therein and deny that plaintiff was injured by any act or

28  omission of these Defendants.

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Answer of Defendants County of
Santa Clara and Sheriff Laurie Smith        1                               07-05394 PVT

4. In answer to paragraph 7 of the Complaint, Defendants admit that Sheriff Smith is responsible for the administration of the SCCSD. As to all remaining allegations, they are too vague and general, thus Defendants are without sufficient knowledge or information to form a belief as to the truth of said remaining allegations contained in said paragraph, and on that basis deny each and every remaining allegation contained therein.

5. In answer to paragraph 14 of the Complaint, Defendants deny the allegations contained in the last sentence of said paragraph. With respect to all remaining allegations of said paragraph, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations, and on that basis deny each and every remaining allegation contained therein.

6. In answer to paragraph 21 of the Complaint, Defendants admit that Plaintiff was transported to VMC and was given appropriate care at VMC. With respect to all remaining allegations of said paragraph, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations, and on that basis deny each and every remaining allegation contained therein.

7. In answer to paragraph 25 of the Complaint, Defendants deny the allegations contained in the last sentence of said paragraph. With respect to all remaining allegations of said paragraph, they are too vague and general, thus Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations, and on that basis deny each and every remaining allegation contained therein.

8. In answer to paragraph 32 of the Complaint, Defendants deny the allegations contained in the last sentence of said paragraph and further deny that they caused any injury to Plaintiff and that Plaintiff suffered any injury, harm, or damage. With respect to all remaining allegations of said paragraph, they are too vague and general, thus Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations, and on that basis deny each and every remaining allegation contained therein.

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Answer of Defendants County of
Santa Clara and Sheriff Laurie Smith          2          07-05394 PVT

9. Paragraphs 1, 10, and 11 do not assert any factual allegations, thus Defendants have no obligation to set forth a response to those paragraphs.

10. Paragraphs 22, 26, 29, and 33 of the Complaint reallege and incorporate the remaining allegations of the Complaint. In response to said paragraphs, Defendants reallege and incorporate by this reference as though set forth in full the responses set forth in paragraphs 1 through 9 of this Answer.

11. In answer to the Prayer for Relief at page 6, line 14, through page 7, line 4, of the Complaint, Defendants deny that Plaintiff suffered any injury, harm, or damage, and further deny that Plaintiff is entitled to any relief requested.

**FIRST AFFIRMATIVE DEFENSE**

Plaintiff's complaint, and each and every cause of action thereof, fails to state facts sufficient to constitute a cause of action against these answering Defendants.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiff's complaint, and each and every cause of action thereof, is barred by failure to comply with the claim provisions of Government Code Sections 900 et seq.

**THIRD AFFIRMATIVE DEFENSE**

These answering Defendants plead all immunities of public employees and public entities pursuant to the Government Code Sections 810 et seq., including, but not limited to Sections 820.2, 820.8, 821.6, 835.4, 840.6, 844.6, 845.6, and 856.4.

**FOURTH AFFIRMATIVE DEFENSE**

The Plaintiff's complaint, and each and every cause of action thereof, is barred on the ground that Defendants acted in good faith and with a reasonable belief that their actions were permitted by the Constitution.

**FIFTH AFFIRMATIVE DEFENSE**

Plaintiff failed to exercise reasonable care and diligence to mitigate his alleged damages, if any.

//

//

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Answer of Defendants County of
Santa Clara and Sheriff Laurie Smith        3        07-05394 PVT

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff was negligent in the matters alleged in the Complaint and that such negligence proximately caused or contributed to plaintiff's alleged damages.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's alleged damages were proximately caused wholly or in part by the negligent, reckless or intentional act or omissions of persons or entities other than these answering Defendants, and that such acts or omissions comparatively reduce the proportion of liability of these answering Defendants.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint is barred by the provisions of Code of Civil Procedure section 340(3).

### NINTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint is barred by the provisions of Government Code section 945.6.

### TENTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint is barred by his failure to exhaust the administrative remedies available to him.

### ELEVENTH AFFIRMATIVE DEFENSE

Defendants allege that Plaintiff is estopped by his conduct from asserting any cause of action against Defendants.

### TWELFTH AFFIRMATIVE DEFENSE

The Complaint is barred by the doctrines of res judicata and/or collateral estoppel.

### THIRTEENTH AFFIRMATIVE DEFENSE

The Complaint is barred by the privileges contained in Civil Code § 47.

### FOURTEENTH AFFIRMATIVE DEFENSE

These answering Defendants allege that any acts on their part, or on the part of their employees, if any there may have been, were discretionary, and not ministerial in nature. As such, these answering Defendants are not liable for the injuries complained of herein.

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Answer of Defendants County of
Santa Clara and Sheriff Laurie Smith    4    07-05394 PVT

### FIFTEENTH AFFIRMATIVE DEFENSE

These answering Defendants deny that they have deprived Plaintiff of any rights, privileges, or immunities guaranteed by the laws or Constitution of the United States or by the laws or Constitution of the State of California.

### SIXTEENTH AFFIRMATIVE DEFENSE

These answering Defendants allege that they did not act with malicious intent to deprive the Plaintiff of constitutional rights or to cause other injury.  These answering Defendants, therefore, are immune from liability.

### SEVENTEENTH AFFIRMATIVE DEFENSE

These answering Defendants alleges that at the time of the events alleged by Plaintiff, there were no clearly established constitutional rights, of which these answering Defendants knew or should have known, which required these answering Defendants to act differently than they did, in fact, act.  These answering Defendants, therefore, are immune from liability.

### EIGHTEENTH AFFIRMATIVE DEFENSE

These answering Defendants allege that they have no policy, custom or practice which violates any person's civil rights.

### NINETEENTH AFFIRMATIVE DEFENSE

These answering Defendants allege that neither the Complaint nor any of its purported causes of action state a claim upon which relief can be granted because plaintiff consented to all acts of Defendants as alleged in the Complaint and contributed to the incidents referred to in the Complaint.

WHEREFORE, Defendants pray as follows:

1. That Plaintiff take nothing by his complaint;

2. That Plaintiff's Complaint be dismissed with prejudice;

3. That Defendants be awarded their costs of suit incurred herein including attorney's fees to the extent permitted by law; and

//

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Answer of Defendants County of
Santa Clara and Sheriff Laurie Smith        5        07-05394 PVT

1    4. For such other and further relief as the Court may deem proper.

2    Dated: December 20, 2007                                Respectfully submitted,

3                                                            ANN MILLER RAVEL
                                                             County Counsel
4

5                                                    By:        /S/
                                                             MARK F. BERNAL
6                                                            Deputy County Counsel

7                                                            Attorneys for Defendants
                                                             COUNTY OF SANTA CLARA,
8                                                            and SHERIFF LAURIE SMITH

28   105379.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Answer of Defendants County of
Santa Clara and Sheriff Laurie Smith          6                              07-05394 PVT