| | |
|---|---|
| 1 | ANN MILLER RAVEL, County Counsel (S.B. #62139) |
| | MARK F. BERNAL, Deputy County Counsel (S.B. #173923) |
| 2 | OFFICE OF THE COUNTY COUNSEL |
| | 70 West Hedding, East Wing, 9th Floor |
| 3 | San Jose, California 95110-1770 |
| | Telephone: (408) 299-5900 |
| 4 | Facsimile: (408) 292-7240 |
| 5 | Attorneys for Defendants |
| | COUNTY OF SANTA CLARA, |
| 6 | and SHERIFF LAURIE SMITH |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| ARTHUR SOWELL | ) | No. | 07-05394 PVT |
| Plaintiff, | ) | **NOTICE OF NEED FOR ADR PHONE CONFERENCE** | |
| v. | ) | | |
| COUNTY OF SANTA CLARA, SHERIFF LAURIE SMITH, DOES 1 through 100, inclusive, | ) | | |
| Defendants. | ) | | |

Counsel for Defendants' reports that his efforts to contact Plaintiff's counsel to meet and confer regarding ADR have not been successful, thus the parties have not yet reached an agreement to an ADR process.

Date of Case Management Conference: February 12, 2008

The following counsel will participate in the ADR phone conference:

Mark Bernal counsel for Defendants County of Santa Clara, and Sheriff Laurie Smith, 408-299-5912, mark.bernal@cco.sccgov.org.

//

//

//

//

1       Plaintiff's counsel's contact information is:  Ashwin V. Ladva, Esq., (415) 296-8844.

2   Dated:   February 4, 2008                      Respectfully submitted,

3                                       ANN MILLER RAVEL
                                      County Counsel

5                          By: _____/S/_____
                                      MARK F. BERNAL
6                                       Deputy County Counsel

7                                       Attorneys for Defendants
                                      COUNTY OF SANTA CLARA,
8                                       and SHERIFF LAURIE SMITH

28   112113.wpd