1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   MARK F. BERNAL, Deputy County Counsel (S.B. #173923)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California 95110-1770
   Telephone: (408) 299-5900
4  Facsimile: (408) 292-7240

5  Attorneys for Defendants
   COUNTY OF SANTA CLARA,
6  and SHERIFF LAURIE SMITH

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 ARTHUR SOWELL                      )   No.   07-05394 PVT
                                      )
12     Plaintiff,                     )   **ADR CERTIFICATION BY DEFENDANTS**
                                      )   **COUNTY OF SANTA CLARA, and**
13 v.                                 )   **SHERIFF LAURIE SMITH**
                                      )
14 COUNTY OF SANTA CLARA,             )
   SHERIFF LAURIE SMITH, DOES         )
15 1 through 100, inclusive,          )
                                      )
16     Defendants.                    )
                                      )

17

18     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), I the undersigned certifies that I

19 have:

20     (1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of*

21 *California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov.

22     (2) Discussed the available dispute resolution options provided by the Court and private

23 entities; and

24 //

25 //

26 //

27 //

28 //

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: February 4, 2008

Respectfully submitted,

ANN MILLER RAVEL
County Counsel

By: _____/S/_____
MARK F. BERNAL
Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA,
and SHERIFF LAURIE SMITH

112108.wpd