ANN MILLER RAVEL, County Counsel (S.B. #62139)
MARK F. BERNAL, Deputy County Counsel (S.B. #173923)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California  95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA,
and SHERIFF LAURIE SMITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR SOWELL, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF SANTA CLARA, SHERIFF LAURIE SMITH, DOES 1 through 100, inclusive, <br><br> Defendants. | No.   07-05394 PVT <br><br> **DEFENDANTS' CASE MANAGEMENT STATEMENT** <br><br> Date:   February 12, 2007 <br> Time:   2:00 p.m. <br> Crtrm.:  5, 4th Floor <br> Judge:  Magistrate Patricia V. Trumbull |

Counsel for Defendants' efforts to contact Plaintiff's counsel to prepare a joint statement have not been successful, thus Defendants unilaterally submit this Case Management Statement.

1. <u>Jurisdiction and Service</u>:

Jurisdiction is proper based on a federal question. Plaintiff's Complaint alleges violations of his civil rights under 42 U.S.C. section 1983 and the Eighth and Fourteenth Amendments to the United States Constitution.

Service is complete.

2. <u>Facts</u>:

Plaintiff alleges that he injured his back while incarcerated at the County of Santa Clara's Main Jail. He further alleges that due to his injury he remained lying on his back, on his cell floor, for three days. He alleges that during this time nursing staff and correction officers at the

1  Main Jail were aware of his situation, yet failed to provide him with medications, failed to move
2  him to a bed, failed to provide him with medications, and refused his requests that he be
3  transferred to a hospital.  He further alleges that when he did receive an appointment to see a
4  physician at the Main Jail infirmary, he was forced to crawl to the infirmary, at which point he
5  defecated on himself.  He alleges that after his appointment to the infirmary, he was transferred
6  to the County hospital where he received appropriate care

7  Defendants deny all of the above facts, with the exception that Plaintiff was transferred to
8  the County hospital and did received appropriate care at that facility.

9  3.  Legal Issues:

10  Defendants have not yet communicated with Plaintiff's counsel re: the legal issues in this
11  case, but anticipate that they will consist fo the following:

12  Whether Defendants are entitled to qualified immunity because their conduct and/or the
13  conduct of their employees did not violate a constitutional right;

14  Whether Defendants are entitled to qualified immunity because, even if a constitutional
15  right was violated, it was not a clearly established right;

16  Whether Defendants are entitled to qualified immunity because a reasonable
17  employee/officer would have believed that their conduct was lawful under the circumstances.
18  "Qualified immunity provides ample protection to all but the plainly incompetent or those who
19  knowingly violate the law." *Hunter v. Bryant*, 502 U.S. 224, 229 (1991);

20  Whether *Monell* liability applies to the County;

21  Whether the conduct of Defendants' employees rose to the level of deliberate indifference.

22  4.  Motions:

23  Defendants anticipate that a dispositive motion will be filed within the next six months,
24  following completion of initial discovery.

25  5.  Amendment of Pleadings:

26  No amendments are anticipated.

27  6.  Evidence Preservation;

28  Defendants have located and preserved the records pertaining to Plaintiff's incarceration

1  and medical treatment. No electronic documents have yet been identified.

2  7.  <u>Disclosures</u>:

3  Defendants have not been successful in contacting Plaintiff's counsel to discuss the scope
4  of initial disclosures. Defendants will disclose all non-confidential records regarding his
5  incarceration (i.e., redactions and privilege logs will be utilized for confidential information
6  regarding other inmates, classification procedures and analysis, personal information regarding
7  involved medical and correctional staff, etc.).

8  8.  <u>Discovery</u>:

9  Defendants propose that discovery proceed pursuant to the Rules of Federal Procedure.

10  9.  <u>Class Actions</u>:

11  None.

12  10.  <u>Related Cases</u>:

13  None.

14  11.  <u>Relief</u>:

15  Defendants seek judgment in their favor, that Plaintiff recover nothing in this action, and
16  that Defendants be awarded costs of suit.

17  12.  <u>Settlement and ADR</u>:

18  Defendants are amenable to either mediation or early neutral evaluation.

19  13.  <u>Consent to Magistrate Judge for All Purposes</u>:

20  Defendants **do not** consent to assignment of this action to a magistrate.

21  14.  <u>Other References</u>:

22  None.

23  15.  <u>Narrowing of Issues</u>:

24  Unknown at this time. Defendants efforts to contact Plaintiff's counsel have not been
25  successful.

26  16.  <u>Expedited Schedule</u>:

27  Unknown at this time. Defendants efforts to contact Plaintiff's counsel have not been
28  successful.

1  17.  Scheduling:

2  Defendants propose the following schedule:

3  Hearing of Dispositive Motions:    December of 2008

4  Discovery Cutoff:    December of 2008

5  Expert Disclosures:    December of 2008

6  Expert Discovery Cutoff:    January of 2008

7  Trial Date:    February of 2009

8  18.  Trial:

9  No parties requested a jury.

10  Estimated length of bench trial: 2-3 days.

11  19.  Disclosure of Non-party Interested Entities or Persons:

12  Unknown at this time.

13  Dated:   February 5, 2008            Respectfully submitted,

14                                       ANN MILLER RAVEL
                                         County Counsel
15

16                                       By:     /S/
                                         MARK F. BERNAL
17                                       Deputy County Counsel

18                                       Attorneys for Defendants
                                         COUNTY OF SANTA CLARA,
19                                       and SHERIFF LAURIE SMITH

20

21

22

23

24

25

26

27

28  101552.wpd