# UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, February 29, 2008
**Case Number:** CV-07-5394-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:          **ARTHUR SOWELL  V. COUNTY OF SANTA CLARA, ET AL**

             **PLAINTIFF**                              **DEFENDANT**


   **Attorneys Present:**                     **Attorneys Present:** Mark Bernal

---

PROCEEDINGS:
   Case management conference  held.  Counsel for defendants is present.
   The case is set for Order to Show Cause re Dismissal hearing on 4/11/08 at 10:30 a.m.