UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARTHUR SOWELL,<br>    Plaintiff,<br>V.<br>COUNTY OF SANTA CLARA,<br>    Defendants. | Case No.  CV-07-5394-JF<br><br>ORDER TO SHOW CAUSE RE:<br> DISMISSAL |

The above named matter came regularly for a case management conference hearing before the Honorable Jeremy Fogel in Courtroom 3, on February 29, 2008 at 10:30 a.m. No appearance was made by Plaintiff.  The Court hereby issues this ORDER TO SHOW CAUSE, to be heard on April 11, 2008 at 10:30  a.m., as to why this action should not be dismissed for failure to prosecute.  If Plaintiff does not file a response to the ORDER TO SHOW CAUSE by April 1, 2008, demonstrating why the case should not be dismissed, the Court  will dismiss the action without prejudice, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute.

Date: March 5, 2008

_____
JEREMY FOGEL
United States District Judge