**Ashwin Ladva (SB 206140)**
**Jason Lundberg (SB 248913)**
**LADVA LAW FIRM**
530 Jackson Street, 2nd Floor
San Francisco, CA 94133
Telephone: (415) 296-8844
Fax: (415) 296-8847

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARTHUR SOWELL, | **CASE #  CV-07-5394-JF** |
| Plaintiff, | **PLAINTIFF'S STATEMENT REGARDING ORDER TO SHOW CAUSE RE: DISMISSAL** |
| v. | |
| COUNTY OF SAN FRANCISCO, | **DATE:  APRIL 11, 2008** |
| Defendants. | **Time: 10:30 A.M.** |

I, Jason Lundberg, hereby declare that:

1. I am an attorney in good standing with the State Bar of California and am co-counsel for Plaintiffs in the above referenced action.

2. I have personal knowledge of the following facts and if I am called as a witness in this action, I could and would testify competently thereto.

3. I regret that due to an inadvertent error in calendaring, I did not respond to the previous responses.  Plaintiff incorrectly calendared the previous case management conference that was set in Superior Court for the State of California, County of Santa Clara.

///

1

1  4. This is inadvertent error has been fixed and will not occur in the future.

2

3  Dated: _____March 7, 2008_____                              _____/ s /_____
                                                              JASON LUNDBERG
4                                                             Attorneys for Plaintiff

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28