UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Show Cause Hearing, April 11, 2008
**Case Number:** CV-07-5394-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | ARTHUR SOWELL  V. COUNTY OF SANTA CLARA, ET AL |
|---|---|

| PLAINTIFF | DEFENDANT |
|---|---|
| Attorneys Present:  Anthony Passaretti | Attorneys Present: Mark Bernal |

PROCEEDINGS:

Show cause hearing held.  Parties are present.  Continued to 6/13/08 at 10:30 a.m. for further case management conference.