**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, June 13, 2008
**Case Number:** CV-07-5394-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

| TITLE: | ARTHUR SOWELL  V. COUNTY OF SANTA CLARA, ET AL |
|---|---|

**PLAINTIFF**                                **DEFENDANT**

**Attorneys Present:** William Pierce, special appearance          **Attorneys Present:** David Rollo

---

PROCEEDINGS:

Further case management conference held. Counsel are present. The case is referred to court mediation, to be completed by 9/12/08. Continued to 9/12/08 at 10:30 a.m. for further case management conference.