**Jeffrey H. Goldfien, J.D., LL.M.**
10 Knolltop Court
Novato, CA  94945-3405
T/F:  415.897.3940
jeffgoldfien@sbcglobal.net

July 29, 2008

Ashwin Virji Ladva
Ladva, Shoker & Associates
530 Jackson Street, Second Fl.
San Francisco, CA  94133

Mark F. Bernal
Office of the County Counsel
70 W. Hedding St., 9th Fl., East Wing
San Jose, CA  95110


Re:  Sowell v. County of Santa Clara
     Case No. C07-05394 JF MED

Dear Counsel:

As you know, I have been appointed by the District Court to serve as the mediator in this case under the court's Mediation program.  **The deadline for holding this mediation is September 11, 2008.**  Please be sure to review carefully ADR L.R. 6 which governs the court's mediation program.  I have attached a resume describing my professional experience.

Pursuant to ADR L.R. 6-6, I will conduct a phone conference with all counsel before the formal mediation to discuss the following:

- the procedures to be followed;
- the nature of the case
- appropriate dates for the mediation and anticipated length of the session
- the parties who must be present under ADR L.R. 6-9 and the parties who need to be present to have a productive mediation session;
- ideas to improve the effectiveness of the mediation session or matters that could pose impediments;
- requirements for your written mediation statements
- any questions you might have about how I normally conduct mediations; and
- any questions you might have about the mediation program.

Please note that, pursuant to local rule, **any attorney participating in the mediation must also participate in the telephone conference.**

**I have set the telephone conference for <u>Wednesday, August 6, 2008 at 1:30 p.m</u>.**  I anticipate that the telephone conference will last approximately one-half hour.  *Please call my office or email me after receiving this letter and by no later than the end of business on Thursday, July 31, 2008, to confirm your availability.  If you are not available, please let opposing counsel and me know alternative times within one week of the proposed date when you are available.*  **Before the telephone conference, please ascertain from your clients and any insurers a selection of dates upon which the mediation may be conducted.**

My conflicts check revealed no actual or potential conflicts of interest under 28 U.S.C. §455(a) and b), and I am not aware of any other circumstances that would compromise my impartiality or the appearance of impartiality.

I look forward to assisting you on this case.

                                                Sincerely yours,

                                                Jeffrey H. Goldfien

encl.
cc:  Alice M. Fiel, Case Administrator