ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

August 29, 2008

Ashwin Virji Ladva
Ladva, Shoker & Associates
530 Jackson Street
2nd Floor
San Francisco, CA 94133
415-296-8844

Mark F. Bernal
Office of the County Counsel
70 W. Hedding St., 9th Floor, East Wing
San Jose, CA 95110
408-299-5900

Re: Sowell v. County of Santa Clara
<u>Case No. C 07-05394 JF MED</u>

Dear Counsel:

The ADR Program would like to convene a conference call with one of our legal staff, to discuss scheduling of the Mediation. We would like to schedule this for **Monday, September 8, 2008 at 2:00 p.m.** This office will initiate the call to the phone numbers above unless directed otherwise. Please call me at 415-522-3148 as soon as possible to confirm your availability and to give me the phone number where you can be reached.

Thank you for your attention to this matter.

Sincerely,

Alice M. Fiel
ADR Case Administrator