ALTERNATIVE DISPUTE RESOLUTION PROGRAM

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

September 3, 2008

Ashwin Virji Ladva
Ladva, Shoker & Associates
530 Jackson Street
2nd Floor
San Francisco, CA 94133
415-296-8844

Mark F. Bernal
Office of the County Counsel
70 W. Hedding St., 9th Floor, East Wing
San Jose, CA 95110
408-299-5900

Re:    Sowell v. County of Santa Clara
       Case No. C 07-05394 JF MED

Dear Counsel:

This will confirm a telephone conversation with Mr. Bernal's office today that Mr. Bernal will be in a 1 to 2 week trial beginning September 8, 2008. Therefore, the ADR Phone Conference has been rescheduled to **Tuesday, September 23, 2008 at 2:00 p.m.** The ADR Unit will initiate the call to the phone numbers above unless directed otherwise.

Thank you for your attention to this matter.

Sincerely,

Alice M. Fiel
ADR Case Administrator