**OFFICE OF THE COUNTY COUNSEL**
**COUNTY OF SANTA CLARA**

70 West Hedding Street, 9th Floor
San Jose, California 95110-1770
(408) 299-5900
(408) 292-7240 (FAX)



Ann Miller Ravel
COUNTY COUNSEL

Winifred Botha
Miguel Márquez
Lori E. Pegg
ASSISTANT COUNTY COUNSEL

September 24, 2008

<u>Via Facsimile</u>

Ashwin V. Ladva, Esq.
Ladva Law Firm
530 Jackson Street, 2nd Floor
San Francisco, CA 94113

    Re: *Sowell v. County of Santa Clara, et al.*
        Case No. 07-05394 JF

Dear Mr. Ladva:

    Enclosed is the proposed Stipulation referred to by the appointed mediator and myself in the voice mail we left you yesterday. We can file this via e-filing (i.e., using a "/s/" in lieu of your actual signature). Please call me as soon as possible to advise that I am authorized to file this Stipulation with your "/s/" signature.

                         Very truly yours,

                         ANN MILLER RAVEL
                         County Counsel

                         MARK F. BERNAL
                         Deputy County Counsel

Encl.

```
ANN MILLER RAVEL, County Counsel (S.B. #62139)
MARK F. BERNAL, Deputy County Counsel (S.B. #173923)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA AND
SHERIFF LAURIE SMITH
```

UNITED STATES DISTRICT COURT

FOR THE NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR SOWELL,<br><br>   Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.<br><br>   Defendants. | No.   07-05394 JF (PVT)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE TO COMPLETE MEDIATION** |

The parties to this action, by and through their attorneys of record, hereby stipulate as follows:

WHEREAS, this Court originally ordered the parties to complete mediation on or before September 11, 2008, and appear for a case management conference on September 12, 2008;

WHEREAS, the parties and appointed mediator participated in an ADR telephone conference on August 6, 2008, wherein Defendants' counsel advised that Defendants intended to file a motion for summary judgment, which resulted in the appointed mediator rescheduling an ADR telephone conference to September 8, 2008;

WHEREAS, due to Defendants' counsel being scheduled to commence a two-week jury trial in Santa Clara County Superior Court on September 8, 2008, the appointed mediator continued the ADR telephone conference to September 23, 2008, and the Court continued the case management conference to October 10, 2008;

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stip and [Proposed] Order to Continue
Date to Complete Mediation           -1-                      07-05394 JF (PVT)

1  WHEREAS, at the ADR telephone conference on September 23, 2008, counsel for
2  Defendants advised the mediator that Defendants still intend to file summary judgment papers,
3  but that one of the chief declarants for Defendants' motion had been unavailable to participate
4  in preparation of the moving papers until on or after September 23, 2008; and
5  WHEREAS, Defendants are advised by the Court clerk that the first available date to hear
6  a summary judgment motion is November 21, 2008;
7  THEREFORE, it is hereby stipulated by and among the parties that:
8  1.  The hearing on Defendants' motion for summary judgment be set for 9:00 a.m. on
9     November 21, 2008;
10 2.  That the October 10, 2008, case management conference be continued to 9:00 a.m.
11    on November 21, 2008; and,
12 3.  That the deadline to complete mediation, if necessary, be continued to January 21,
13    2008.
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stip and [Proposed] Order to Continue
Date to Complete Mediation            -2-            07-05394 JF (PVT)

1   I hereby attest that I have on file the holograph signature for the signature indicated by a
2   "conformed" signature (/S/) within this e-filed document.
3   IT IS SO STIPULATED.
4   Dated: September ____, 2008                                  Respectfully submitted,

                                                                ANN MILLER RAVEL
                                                                County Counsel

                                                        By:           /S/
                                                                MARK F. BERNAL
                                                                Deputy County Counsel

                                                                Attorneys for Defendants
                                                                COUNTY OF SANTA CLARA,
                                                                and SHERIFF LAURIE SMITH

12  Dated: September ____, 2008                                 LADVA LAW FIRM

                                                        By:           /S/
                                                                ASHWIN V. LADVA, ESQ.

                                                                Attorney for Plaintiff
                                                                ARTHUR SOWELL

## ORDER

IT IS SO ORDERED.  The case management conference is continued to 12/5/08 at 9:00 am to heard with the motion.

Date: ____11/9/08_____          _____
                                    HON. JEREMY FOGEL
                                    United States District Court Judge

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stip and [Proposed] Order to Continue
Date to Complete Mediation                    -3-                    07-05394 JF (PVT)

# Fax Call Report

**HP LaserJet M4345 MFP Series**

Page 1

## Fax Header Information

```
OFFICE OF THE COUNTY COUNSEL
4082927240
2008-Sep-24 12:42 PM
```

| Job | Date/Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| 433 | 2008-Sep-24 12:40 PM | Send | 14152968847 | 1:12 | 5 | Success |



**OFFICE OF THE COUNTY COUNSEL**
**COUNTY OF SANTA CLARA**

70 West Hedding Street, 9th Floor
San Jose, California 95110-1770
(408) 299-5900
(408) 292-7240 (FAX)

Ann Miller Ravel
**COUNTY COUNSEL**

Winifred Botha
Miguel Márquez
Lori E. Pegg
ASSISTANT COUNTY COUNSEL

**FAX**
**TELECOPIER COVER SHEET**

PLEASE DELIVER THE FOLLOWING PAGES TO:

| | | | | |
|---|---|---|---|---|
| NAME: | Ashwin V. Ladva, Esq., | | | |
| OFFICE: | Ladva Law Firm | | | |
| FAX #: | (415) 296-8847 | REG. OFFICE #: | (415) 296-8844 | Ext. |

**FROM**

| | |
|---|---|
| NAME: | Mark F. Bernal, Deputy County Counsel |
| OFFICE: | OFFICE OF THE COUNTY COUNSEL OF THE COUNTY OF SANTA CLARA |
| FAX#: | (408) 292-7240   REG. OFFICE #:   (408) 299-5900 |
| Comments: | RE: *Sowell v. County of Santa Clara, et al.* (Letter dated September 24, 2008 w/stip and [proposed ] order.) |

TOTAL # OF PAGES, INCLUDING THIS COVER SHEET, BEING TRANSMITTED: 5

DATE: September 24, 2008      TIME: 12:41 p.m.

☑ Original will not follow          ☐ Original will follow via:
                                      ☐ Regular Mail      ☐ Express Mail
                                      ☐ Federal Express   ☐ Certified Mail/Return Receipt
                                      ☐ Other

☐   If this box is checked, please sign below as receiver and fax this cover sheet back to us (408) 292-7240 as confirmation of receipt.

Dated: _____

WARNING: This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately.

146087.wpd