\*\*E-Filed 12/17/08\*\*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ARTHUR SOWELL, | Case Number C 07-5394 JF (PVT) |
| Plaintiff, | JUDGMENT |
| v. | |
| COUNTY OF SANTA CLARA, et al., | |
| Defendants. | |

Defendants' motion for summary judgment having been granted,

IT IS ORDERED AND ADJUDGED that judgment be entered for Defendants.

DATED: 12/17/08

_____
JEREMY FOGEL
United States District Judge

Case No. C 07-5394 JF (PVT)
JUDGMENT
(JFLC2)

1  Copies of this Judgment were served upon the following:

2

3  Ashwin Virji Ladva aladva@yahoo.com

4  Mark F. Bernal mark.bernal@cco.sccgov.org, cathy.grijalva@cco.sccgov.org

5  Jeffrey Goldfien
6  10 Knolltop Court
   Novato, CA 94945-3405
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. C 07-5394 JF (PVT)
JUDGMENT
(JFLC2)